UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT J. GOLDSTEIN,

    Plaintiff,

v.                                                      Case No. 5:11-cv-174-Oc-34TBS

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

ORDER

    Pending before the Court is the parties' Joint Motion for Extension of Time to Comply with Deadline for Mediation (Doc. No. 19). The parties seek a four day enlargement within to comply with the Court's order to conduct a mediation. Upon due consideration, the parties' motion is hereby GRANTED and they shall conduct the mediation of this case on or before November 22, 2011.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on October 20, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel